DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIONEL JEAN-CHARLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-617

[April 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy Bailey, Judge; L.T. Case No. 04-1170CF10A.

Ana M. Davide, Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melanie Dale Surber, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ, JJ., concur

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***